```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Michael Hayslip,                    :

    Plaintiff,                   :

  v.                                :       Case No. 3:01-cv-433

Commissioner of Social              :
    Security,                            JUDGE ROSE
                                                   :

    Defendant.

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 18, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The motion for attorneys' fees submitted by plaintiff's counsel (#25) is granted in part and counsel is awarded the sum of $5,300.00 to be paid out of the past due benefits.

July 10, 2008                          **THOMAS M. ROSE**

 

                                                                         THOMAS M. ROSE
                                                                         United States District Judge